1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Defendant Mr. Montano-Anzures

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No. 08mj8126
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )
                                    )    **NOTICE OF APPEARANCE**
14 **JOSE MONTANO-ANZURES**,        )
                                    )
15         Defendant.                )
                                    )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19 above-captioned case.

20                                       Respectfully submitted,

21 Dated: February 15, 2008            s/ *Michelle Betancourt*
                                       **MICHELLE BETANCOURT**
22                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Defendant
23                                     michelle_betancourt@fd.org

24

25

26

27

28